**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In Re: Debtor(s)
**Luis Humberto Izaguirre**
15002 Summit Place Circle
Naples, FL 34119

**xxx−xx−9308**

**Maria S. Izaguirre**
15002 Summit Place Circle
Naples, FL 34119

**xxx−xx−4916**

Case No.: **09−42196−mgd**
Chapter: **7**

# Notice of filing of Deficient Reaffirmation Agreement

# Re: Reaffirmation Agreement with Southeast Toyota Finance

 Please take note that the Reaffirmation Agreement filed with the Court in the above−captioned bankruptcy case is missing:

- ☐ the signature of the Debtor in Part B.
- ☐ the signature of the Creditor in Part B.
- ☐ the required dollar figures in Part D.1 (Debtor's Statement in Support of Reaffirmation Agreement).
- ☑ the Debtor's signature in Part D.

 Please file an amended reaffirmation agreement as soon as possible to provide the missing information or signatures. If a hearing on this agreement has been requested, the Court will schedule a hearing after the amended agreement has been filed

Dated: August 31, 2009

*W. Yvonne Evans*

W. Yvonne Evans
Clerk of Court

Form 425 − Reaff deficiency